UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FILED
RICHARD W. NAGEL
CLERK OF COURT

JUN -9 2026 4:21 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 3:26 cr 056 |
| **Plaintiff,** | : | I N D I C T M E N T |
| v. | : | 18 U.S.C. § 922(g)(1)<br>21 U.S.C. § 841(a)(1) |
| **KEVIN JULIOUS,** | : |  |
| **Defendant.** | : | THOMAS M. ROSE |

The Grand Jury charges:

<u>COUNTS ONE THROUGH TWO</u>

[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]

On or about the dates below (with each date constituting a separate count herein), in the Southern District of Ohio, defendant **KEVIN JULIOUS** knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance:

| COUNT | DATE |
|:---:|:---:|
| ONE | 4/29/2026 |
| TWO | 5/19/2026 |

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Page **1** of **2**

COUNTS THREE THROUGH FOUR

[18 U.S.C. §§ 922(g)(1) and 924(a)(8)]

On or about the dates below (with each date constituting a separate count herein), in the Southern District of Ohio, defendant **KEVIN JULIOUS**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and this firearm was in and affecting commerce, and had been shipped and transported in interstate and foreign commerce:

| COUNT | DATE |
|-------|------|
| THREE | 5/11/2026 |
| FOUR | 5/19/2026 |

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL

S/
Foreperson

DOMINICK S. GERACE II
United States Attorney

CHRISTINA E. MAHY
Assistant United States Attorney